**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00591-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

GERALD C. CHAVEZ,

      Applicant,

v.

BRUCE LEVIN,
MAGGIE CONBOY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant

to 28 U.S.C. § 1915 in a Habeas Corpus Action.  As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  Any papers that the Applicant files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    __    is missing certified copy of prisoner's trust fund statement for the 6-month
                   period immediately preceding this filing
(4)    X    is missing certificate showing current balance in prison account (account
                   statement submitted is not certified)

(5)　　___　　is missing required financial information
(6)　　___　　is missing an original signature by the prisoner
(7)　　___　　is not on proper form (must use the court's current form)
(8)　　___　　names in caption do not match names in caption of complaint, petition or
　　　　　　　　habeas application
(9)　　_X_　　other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)　___　　is not submitted
(11)　___　　is not on proper form (must use the court's current form)
(12)　___　　is missing an original signature by the prisoner
(13)　___　　is missing page nos. ___
(14)　___　　uses et al. instead of listing all parties in caption
(15)　___　　names in caption do not match names in text
(16)　___　　addresses must be provided for all defendants/respondents in "Section A.
　　　　　　　　Parties" of complaint, petition or habeas application
(17)　_X_　　other: The only proper Respondent in a habeas corpus action is
　　　　　　　　Applicant's current warden, superintendent, jailer or other custodian.


Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within

thirty (30) days from the date of this order**.  Any papers which the Applicant files in

response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Applicant shall obtain the court-approved

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28

U.S.C. § 2254 forms (with the assistance of his case manager or the facility's legal

assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 9, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge