IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00591-BNB

GERALD C. CHAVEZ, #59233,

    Applicant,

v.

SUPERINTENDANT WILKERSON, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the "Motion for Transcripts" filed by Applicant on June 29, 2012 (ECF No. 27).  The Motion is also titled "Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action."  However, because Applicant has not previously filed a motion for transcripts in this Court, the Motion will not be construed as a Notice of Appeal.  Instead, the Court will address Applicant's request for transcripts from his state court criminal case.  The Motion is DENIED as premature.  Applicant does not identify any particular need for the transcripts in order to be able to file his reply to the Respondents' Pre-Answer Response.

    Dated:  July 2, 2012